**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Georgia

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Augusta Quality, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Augusta Quality, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3829306 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3517 Wrightsboro Road | |
| Number        Street | Number        Street |
| | P.O. Box |
| Augusta        GA    30909 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Richmond County | |
| County | Number        Street |
| | |
| | City              State    ZIP Code |

**5.  Debtor's website** (URL)    _____

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor   Augusta Quality, LLC
_____   Case number *(if known)*_____
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

561730

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

---

Debtor   Augusta Quality, LLC
_____
Name

Case number (if known)_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that appl*y.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name   _____

Phone   _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor __Augusta Quality, LLC__
Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/07/2026__
MM / DD / YYYY

**✘ /s/ John Gregory**
Signature of authorized representative of debtor

John Gregory
Printed name

Title __Manager__

**18. Signature of attorney**

**✘ /s/ Bowen Klosinski**
Signature of attorney for debtor

Date __01/07/2026__
MM / DD / YYYY

Bowen Klosinski
Printed name

Klosinski Overstreet, LLP
Firm name

1229 Augusta West Pkwy
Number     Street

Augusta
City

GA
State

30909
ZIP Code

706-863-2255
Contact phone

bak@klosinski.com
Email address

842225
Bar number

GA
State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Augusta Quality, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gro-Green 105 Camellia Plant Road Juliette, GA, 31046 | | Credit Card Debt | | | | 109,593.95 |
| 2 | Mulligan Funding, LLC 4715 Viewridge Avenue Suite 100 San Diego, CA, 92123 | | Monies Loaned / Advanced | | | | 92,244.74 |
| 3 | Headway Capital 175 West Jackson Blvd Suite 1000 Chicago, IL, 60604 | | Monies Loaned / Advanced | | | | 67,395.15 |
| 4 | Site One Landscape Supply, LLC 300 Colonial Center Parkway Suite 600 Roswell, GA, 30076 | | Credit Card Debt | | | | 44,882.60 |
| 5 | John Deere Financial PO Box 6600 Johnston, IA, 50131 | | LOC for Repair services | | | | 29,949.15 |
| 6 | Wells Fargo PO Box 105743 Atlanta, GA, 30348 | | Monies Loaned / Advanced | | | | 29,831.00 |
| 7 | Precision Maintenance, Inc. 91 Brittany Way Martinez, GA, 30907 | | Credit Card Debt | | | | 18,600.00 |
| 8 | Barnhart's Feed and Seed 2347 GA-88 Hephzibah, GA, 30815 | | Credit Card Debt | | | | 16,819.18 |

Debtor    Augusta Quality, LLC
          _____
          Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bank of America 475 Cross Point Karkway PO Box 9000 Getzville, NY, 14068 | | Credit Card Debt | | | | 16,328.00 |
| 10 | Wex Bank 111 East Sego Lily Drive Suite 250 Sandy, UT, 84070 | | Credit Card Debt | | | | 13,871.54 |
| 11 | The Home Depot 2455 Paces Ferry Road SE Atlanta, GA, 30339 | | Credit Card Debt | | | | 12,989.37 |
| 12 | Wells Fargo PO Box 105743 Atlanta, GA, 30348 | | Credit Card Debt | | | | 9,045.57 |
| 13 | US Bank 800 Nicollet Mall Minneapolis, MN, 55402 | | Credit Card Debt | | | | 7,182.02 |
| 14 | Sod Brokers of Augusta, LLC 850 Blanchard Road Evans, GA, 30809 | | Credit Card Debt | | | | 6,430.00 |
| 15 | Outdoor Equipment Company, Inc. 3357 Peach Orchard Road Augusta, GA, 30906 | | Credit Card Debt | | | | 4,794.99 |
| 16 | Moody's Tire Service, Inc. 4151 Wheeler Road Martinez, GA, 30907 | | Credit Card Debt | | | | 4,492.35 |
| 17 | State Farm 1 State Farm Plaza Bloomington, IL, 61710 | | Credit Card Debt | | | | 4,009.10 |
| 18 | Big Dog Disposal Services P.O. Box 211063 Augusta, GA, 30917 | | Credit Card Debt | | | | 2,814.97 |
| 19 | E.R. Snell 1785 Oak Road Snellville, GA, 30078 | | Credit Card Debt | | | | 2,268.00 |
| 20 | Grovetown Farm and Garden Inc. 5234 Wrightsboro Road Grovetown, GA, 30813 | | Credit Card Debt | | | | 2,077.92 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

Ally Financial
6625 The Corners Parkway
Suit 425
Norcross, GA 30092

American Financial Group, Inc.
301 E. Fourth Street
Hamilton, OH 45020

Augusta Utility
452 Walker Street
Augusta, GA 30901

Bank of America
475 Cross Point Karkway
PO Box 9000
Getzville, NY 14068

Barnhart's Feed and Seed
2347 GA-88
Hephzibah, GA 30815

Big Dog Disposal Services
P.O. Box 211063
Augusta, GA 30917

Border Equipment/Bobcat
2804 Wylds Road
Augusta, GA 30909

Burke Truck and Tractor Company, Inc.
706 West Sixth Street
Waynesboro, GA 30830

Business First Insurance Co.
117 N. Massachusetts Avenue
Lakeland, FL 33801

Byzfunder NY, LLC
530 7th Ave
Floor M1
New York, NY 10018

CNA Insurance
5565 Glenridge Connector
Suite 600
Atlanta, GA 30342

Columbia County Water Utility
2140 William Few Parkway
Grovetown, GA 30813

Comcast
One Comcast Center
Philadelphia, PA 19103

E.R. Snell
1785 Oak Road
Snellville, GA 30078

F&M Bank
911 East Robert Toombs Avenue
Washington, GA 30673

Ford Credit
PO Box 650575
Dallas, TX 75265

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

Georgia Power Company
241 Ralph McGill Blvd. NE
Bin #10180
Atlanta, GA 30308

GM Financial
801 Cherry Street
Suite 3500
Fort Worth, TX 76102

Gro-Green
105 Camellia Plant Road
Juliette, GA 31046

Grovetown Farm and Garden Inc.
5234 Wrightsboro Road
Grovetown, GA 30813

Headway Capital
175 West Jackson Blvd
Suite 1000
Chicago, IL 60604

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

J & B Tractor Company
P.O. Box 705
Waynesboro, GA 30830

John Deere Financial
PO Box 6600
Johnston, IA 50131

Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132

Lowe's
1000 Lowe's Boulevard
Mooresville, NC 28117

M G Wheeler Construction, LLC
52 Plantation Hills Drive
Evans, GA 30809

Moody's Tire Service, Inc.
4151 Wheeler Road
Martinez, GA 30907

Mulligan Funding, LLC
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123

Orkin
3477 River Watch Parkway
Augusta, GA 30907

Outdoor Equipment Company, Inc.
3357 Peach Orchard Road
Augusta, GA 30906

Payroll - Georgia Department of Revenue
610 Ronald Reagan Drive
Bldg G-1
Evans, GA 30809

Portable Services, Inc.
1831 Old Savannah Road
Augusta, GA 30901

Precision Maintenance, Inc.
91 Brittany Way
Martinez, GA 30907

Richmond County Tax Commissioner's Office
535 Telfair Street
Augusta, GA 30901

Sheffield Financial
Po Box 580229
Charlotte, NC 28258

Site One Landscape Supply, LLC
300 Colonial Center Parkway
Suite 600
Roswell, GA 30076

Small Business Administration
500 Poydras Street
New Orleans, LA 70130

Sod Brokers of Augusta, LLC
850 Blanchard Road
Evans, GA 30809

State Farm
1 State Farm Plaza
Bloomington, IL 61710

The Home Depot
2455 Paces Ferry Road SE
Atlanta, GA 30339

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

Verge Erosion Control
211 Stonington Drive
Augusta, GA 30907

Weaver Distributors
4015 Danielsville Road
Athens, GA 30601

Wells Fargo
PO Box 105743
Atlanta, GA 30348

Wex Bank
111 East Sego Lily Drive
Suite 250
Sandy, UT 84070

United States Bankruptcy Court

Southern District of Georgia

In re:   Augusta Quality, LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   01/07/2026

/s/ John Gregory

Signature of Individual signing on behalf of debtor

Manager

Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____Southern_____ District Of __Georgia_____

**In re** Augusta Quality, LLC

Case No. _____

**Debtor**

Chapter __11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 15,000.00____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 1,738.00____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 13,262.00____

2.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/07/2026

*Date*

/s/ Bowen Klosinski, 842225

*Signature of Attorney*

Klosinski Overstreet, LLP

*Name of law firm*

1229 Augusta West Pkwy

Augusta, GA 30909

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                          )
AUGUSTA QUALITY, LLC,                           )        CHAPTER 11 SUB V
                                                )        CASE NO.: 26-1_____
DEBTOR.                                         )

## CERTIFICATE OF MEMBER RESOLUTION AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

The undersigned members of Augusta Quality, LLC ("Company"), a Georgia limited liability company, hereby certify and declare under penalty of perjury, that on January 6, 2026 the following resolution was duly adopted by the Company:

WHEREAS, it is in the best interest of this Company to file a voluntary petition in United States Bankruptcy pursuant to Chapter 11 of Title 11 of the United States Code;

NOW THEREFORE, it is resolved that Bonnie Gregory and John Gregory are both authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

NOW THEREFORE, it is further resolved, that either Bonnie Gregory or John Gregory is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

NOW THEREFORE, be it further resolved, that the undersigned members are authorized and direct to employ Bowen A. Klosinski, Attorney and Klosinski Overstreet, LLP to represent the Company in such bankruptcy case.

Executed this ___6th___ day January 2026.


_____          _____
Bonnie Gregory, Member Manager        John Gregory, Member Manager